**United States District Court**
For the Northern District of California

**\*\* E-filed November 30, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA, | No. C09-03809 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| USDA, et al., | |
| Defendants. | |
| _____/ | |

Upon filing, this action was scheduled for an initial case management conference on December 8, 2009.  Defendant USDA has since filed a motion to dismiss, or in the alternative, a motion for summary judgment that is set for hearing on January 5, 2010.  (Docket No. 12.)  Good cause appearing, the initial Case Management Conference is hereby CONTINUED to **February 9, 2010 at 1:30pm** in Courtroom 2, 5th floor of the United States District Court, San Jose.  The parties shall submit an updated Joint Case Management Statement no later than **February 2, 2010**.

**IT IS SO ORDERED.**

Dated: November 30, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  **C 09-03809 Notice will be electronically mailed to:**

2  James A. Scharf      james.scharf@usdoj.gov, mimi.lam@usdoj.gov

3

4  **Notice will be sent by other means to:**

5  Bernabe Mora
   247 Shasta Street
6  Watsonville, CA 95016

7

8  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28