**\*\* E-filed December 8, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA, | No. C09-03809 HRL |
| Plaintiff, | **ORDER SETTING DEADLINE FOR PLAINTIFF'S CONSENT OR DECLINATION** |
| v. | |
| USDA, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 73-1, all parties must file either a consent or declination to proceed before a United States magistrate judge. To date, plaintiff has not yet consented or declined. Plaintiff is directed to file either a consent or a declination **no later than December 18, 2009**. The consent and declination forms are available from the Clerk's Office and the court's website at www.cand.uscourts.gov. If plaintiff fails to enter a consent or declination by this deadline, this case will be automatically reassigned to a United States district judge.

**IT IS SO ORDERED.**

Dated: December 8, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 09-03809 Notice will be electronically mailed to:**

2  James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

4  **Notice will be sent by other means to:**

Bernabe Mora
247 Shasta Street
Watsonville, CA 95016

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

*United States District Court*
For the Northern District of California